UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO. 3:07cr39LAC

KAREEM JABAR REED

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____ April 25, 2007 _____
Motion/Pleadings __ MOTION FOR COMPETENCY EVALUATION _____
Filed by DEFENDANT_____ on _4/24/07_____ Doc.# __13_____
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.
__X___ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_____
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of April, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*
*_____*
*_____*

s/ *L.A. Collier*_____
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.