# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                      CASE NO: 3:07cr39/LAC

KAREEM JABAR REED,

    Defendant.

_____/

## **AMENDED ORDER**

The Court's Order dated 25 April 2007 (doc 15) is amended to the extent that the evaluation period shall end on September 12, 2007.

In all other respects, the Court's order of April 25, 2007 remains in full force and effect.

**ORDERED** this 10th day of July, 2007.

                                                    *s/L.A. Collier*
                                                LACEY A. COLLIER
                                      Senior United States District Judge